# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the taking of DNA samples from Rodney TRAYLOR | ) ) ) ) ) ) ) Case No. **20MJ2449** |

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the  Southern  District of  California , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC s. 922 | Felon in Possession of a Firearm |

The application is based on these facts:
See attached Affidavit of ATF Special Agent Arnesha Bahn, incorporated herein by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Arnesha Bahn, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
 telephone  *(specify reliable electronic means)*.

Date: 6/23/2020

*Judge's signature*

City and state: San Diego, California   Hon. Mitchell D. Dembin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Arnesha Bahn, being duly sworn, hereby state as follows:

## INTRODUCTION

1. This affidavit supports an application authorizing the taking of DNA samples from Rodney Dwight TRAYLOR (the TARGET SUBJECT) more particularly described in Attachment A, incorporated herein.

2. The evidence to be searched for and seized is described in Attachment B, incorporated herein.

3. Based on the information below, there is probable cause to believe that, from the buccal (oral) swabs that may be collected from the TARGET SUBJECT, there exists evidence of a crime, specifically, violations of Title 18, United States Code, Section 922(g)(1) – Felon in Possession of a Firearm, (the SUBJECT OFFENSE).

## EXPERIENCE AND TRAINING

4. I am a Special Agent ("S/A") with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since July 2013. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator's Training Program, and the ATF National Academy's Special Agent Basic Training course. As an ATF S/A, I have received training in federal firearms laws and have been the affiant on search and arrest warrants for such violations, to include investigations on persons prohibited from possessing firearms. In this realm, I have authored affidavits for search warrants, and complaints which have yielded evidence of federal criminal violations.

5. I have knowledge of the facts set forth below based on my review of the reports, recorded statements, and evidence collected in this case. The facts set forth herein are those that I believe are relevant to the limited purposes of this affidavit, namely, to establish probable cause for the requested warrant. The affidavit does not, therefore, include each and every fact that I or other law enforcement personnel may have learned in

connection with this ongoing investigation. In the affidavit, all dates and times are approximate.

### FACTS SUPPORTING PROBABLE CAUSE

6. On June 9, 2019, at approximately 5:00 p.m., Oceanside Police Department ("OPD") officers responded to a call of a brandished weapon at 550 Los Arbolitos Blvd #35, Oceanside, California. Victim, M.H. stated he was standing in front of his apartment complex when an unknown black male drove up to him, and asked him where he was from, which he understood as a reference to which gang he belonged. M.H. said the suspect then left, came back, and began driving around him while pointing a black handgun at him. M.H. believed the handgun was a Glock. M.H. ran into the apartment complex and the suspect followed in his vehicle. The suspect then attempted to hit M.H. with his vehicle as M.H. ran deeper into the apartment complex. The suspect then drove away. M.H. said he believed the suspect did not shoot him because he ran. M.H. described the suspect as a black male, approximately twenty-five years of age, with tattoos on his face, wearing a black baseball cap and driving a blue or purple sedan.

7. Around the same time, OPD Officers observed a blue Dodge Charger bearing paper California license plate AB11D85 in the 500 block of Los Arbolitos Blvd. The vehicle was occupied by a light-skinned black male with tattoos on his face. Officers attempted to conduct a traffic stop when the vehicle began to accelerate at a high rate of speed through the parking lot of a heavily populated shopping complex.

8. Officers observed the single male occupant of the vehicle rummaging through the passenger compartment of the vehicle as it approached a brick wall in the area of 201 Los Arbolitos Blvd. The vehicle then collided with the brick wall, at which point a light skinned black male with a short afro, wearing a white shirt and red basketball shorts, exited the vehicle. Officers observed the male subject, later identified as Rodney Dwight TRAYLOR, grasping and fumbling with an object in the front waistline of his shorts as he ran away. Officers chased TRAYLOR on foot as he ran through the complex.

9. Officers observed TRAYLOR jump over a wall leading towards 3700 Mission Avenue, Oceanside CA. Officers established a perimeter around TRAYLOR's last know location. D.T., an employee of a nearby nail salon, stated she witnessed the subject walk through the nail salon and continue south through the shopping center. D.T. said the subject appeared to be bleeding from his right arm and his head. Officers reviewed the nail salon surveillance video and observed TRAYLOR walking through the back door and exiting through the front.

10. Officers responded to 201 Los Arbolitos Blvd., and canvassed the area for potential evidence. Officers conducted a walkthrough of the corridor TRAYLOR ran through prior to jumping over the wall. Upon investigation of the fenced backyard of apartment #55, officers observed a Glock 19M, 9 millimeter pistol, bearing serial number ACLB321, laying in the grass. The pistol had blood on it and was loaded with a thirty round magazine containing twenty-eight rounds of 9 millimeter ammunition. Officers also found blood in the Dodge Charger bearing paper California license plate AB11D85. Officers swabbed the blood in the vehicle and the blood on the pistol for DNA.

11. Subjects at a nearby barbershop, 3753 Mission Ave #112, admitted TRAYLOR ran into the business with a bloody thumb. TRAYLOR's thumb was mended and he left the area in a SUV with an unknown subject. Officers were unable to make contact with TRAYLOR.

12. TRAYLOR is a documented member of the Insane Crip Gang (ICG). Shortly after the event, and with assistance from the gang unit, the OPD Officers involved in the chase looked up a photograph of TRAYLOR and confirmed their belief that TRAYLOR was the person they had been chasing.

13. Records checks confirmed that TRAYLOR has been convicted of multiple felonies.

14. The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**PRIOR ATTEMPTS TO OBTAIN INFORMATION**

15. The United States has not attempted to obtain this information by other means.

**CONCLUSION**

16. Based on my training and experience, and the foregoing facts, I believe there is probable cause to believe the TARGET SUBJECT committed the SUBJECT OFFENSES, and, in light of the above information, there is probable cause to believe that obtaining DNA samples from the TARGET SUBJECT described in Attachment A, is necessary to determine whether TRAYLOR possessed the seized firearm.

_____
Arnesha Bahn, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __23__ day of June, 2020.

_____
HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge

4

# ATTACHMENT A
## PERSONS TO BE SEARCHED

The Person known as Rodney Dwight TRAYLOR (TRAYLOR) (depicted below), further described as a Black male adult, about 5'8'' in height and 150 lbs. in weight with black hair and brown eyes, currently in the custody of the Bureau of Prisons, Metropolitan Correctional Center, San Diego, CA.



## ATTACHMENT B

ITEMS TO BE SEIZED

DNA samples from Rodney Dwight TRAYLOR(TRAYLOR), in the form of buccal cells on oral swabs. The oral swabs will be collected from the inside cheek portion of the mouth to sufficiently collect buccal cells pursuant to the standard practices and procedures employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) or the the San Diego County Sheriff's Department for DNA testing.